## GAGE v. JUDSON.

(District Court, D. Connecticut.  March 13, 1899.)

### No. 1,159.

JUDGMENT—WHAT CONSTITUTES—RECORD ENTRY.

A memorandum on the minute book of the judge to the effect that an award of arbitrators in a certain sum is approved and accepted does not constitute a judgment.

C. W. Comstock and A. W. Page, for petitioner.
De Forest & Klein and Canfield & Judson, for respondent.

TOWNSEND, District Judge.  This is a hearing on a motion to deny, for want of jurisdiction, a motion to open a judgment entered on January 3d, approving and accepting an award of arbitrators. The original motion to open said judgment was filed during the term in which said judgment was entered.  Counsel for defendant contend that this court has no jurisdiction, because the award was presented to the court during the preceding term, and they claim judgment was then rendered thereon.  In support thereof, they rely upon the following entries in the minute book of the judge:

"Oct. 5. 517.  Gage, Secy. Treasury, vs. Judson.  Award of $32,000 in favor of Judson, and U. S. is satisfied with award, and asks report be accepted and discontinue as to others.  Order discontinuance granted.  Balance continued.

"Oct. 7.  U. S. Gage vs. Judson.  Award approved and accepted, $32,000."

These minutes are not, in any sense, the entries of a judgment. They are the mere memoranda of the judge as to the proceedings in court, and as to the course to be pursued when the judgment file shall be presented.  The motion to deny for want of jurisdiction is refused. Counsel may have 10 days in which to file briefs, on the further claim that the court has no jurisdiction to accept and approve said award.